FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0515

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0515

_____

JOSHUA SELENSKY-FOUTS,

      Plaintiff and Appellant,

    v.

JONATHAN F. MERCER, M.D., PINTLER
SURGICAL SPECIALISTS, and COMMUNITY
HOSPITAL OF ANACONDA,

      Defendants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022